# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PETERSEN,<br><br>                          Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>                        Defendants. | Case No.: 18-cv-02473-JLS-MSB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On August 23, 2021, the Court ordered pro se Plaintiff Steven Petersen to show cause why this action should not be dismissed without prejudice for his failure to comply with the Court's order requiring amendment of the Amended Complaint, failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and failure to prosecute pursuant to Civil Local Rule 41.1(a). (ECF No. 24.) The Order to Show Cause explicitly warned Plaintiff that if he failed to respond within forty-five days, the Could would dismiss this action *sua sponte* without prejudice. (*Id.* at 2–3.)

More than forty-five days have now passed since the Court issued the Order to Show Cause and Plaintiff has not filed a response. Further, Plaintiff has not participated in this action since January 25, 2021, when he moved for a sixty-day extension of time to file an amended complaint. (ECF No. 22.) Accordingly, for the reasons set forth in the Court's

1  Order to Show Cause (ECF No. 24), the Court hereby **DISMISSES** this action without
2  prejudice.  The Clerk of Court shall close the case.
3      **IT IS SO ORDERED.**
4  Dated:  November 12, 2021

                                                Hon. Janis L. Sammartino
                                                United States District Judge